**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6889**

---

ROBERT L. COMEGYS,

Petitioner - Appellant,

versus

J. MICHAEL STOUFFER, Warden, Maryland
Correctional Training Center; ATTORNEY GENERAL
OF THE STATE OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
02-948-DKC)

---

Submitted: September 5, 2002      Decided: September 10, 2002

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert L. Comegys, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert L. Comegys seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Comegys has not made a substantial showing of the denial of a constitutional right. See Comegys v. Stouffer, No. CA-02-948-DKC (D. Md. filed May 3, 2002; entered May 6, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2